UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22278-UU

ALEJANDRO JOSE CABRERA,

    Plaintiff,

v.

GREENSOURCE LANDSCAPE AND
SPORTS TURF, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Defendants were served with process on June 18, 2015. D.E. 10. As such, their responses to Plaintiff's Complaint were due by July 9, 2015. Fed. R. Civ. P. 12(a)(1)(A)(I). However, Defendants have yet to respond to Plaintiff's Complaint. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court SHALL enter a Default against Defendants. Further, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment against Defendants, duly supported by affidavits and other documentation and a proposed Final Order, by **Friday, July 17, 2015**. Failure to comply with this Order will result in the immediate dismissal of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf