UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22278-UU

ALEJANDRO JOSE CABRERA,

    Plaintiff,

v.

GREENSOURCE LANDSCAPE AND
SPORTS TURF, INC., *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On September 2, 2015, the Court issued its Order Referring Case to Mediation. D.E. 20. The Order required that Plaintiff's counsel inform the Court as to his selection of mediator within fifteen days of the date of the Order. To date, Plaintiff has not informed the Court as to his mediator selection. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Wednesday, September 23, 2015**, as to why this case should not be dismissed for failure to comply with the Court's Order. Alternatively, Plaintiff SHALL inform the Court of its mediator selection. Failure to comply with this Order will result in the immediate dismissal of this case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this _18th__ day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf